

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Chance Lyedale JOHNSON,<br><br>Defendants. | Case No.: '22 MJ03309<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |
|---|---|

The undersigned complainant being duly sworn states:

## COUNT 1

On or about September 11, 2022, within the Southern District of California, Chance Lyedale JOHNSON did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

## COUNT 2

On or about September 11, 2022, within the Southern District of California, Chance Lyedale JOHNSON did knowingly and intentionally import a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

## COUNT 3

On or about September 11, 2022, within the Southern District of California, Chance Lyedale JOHNSON did knowingly and intentionally import a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Analisa Nogales
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 12th day of September 2022.

_____
Hon. Allison H. Goddard
United States Magistrate Judge

## STATEMENT OF FACTS

On September 11, 2022, at approximately 4:50 AM, Chance Lyedale JOHNSON, ("JOHNSON"), a United States citizen, applied for entry into the United States from Mexico through the San Ysidro POE in vehicle lane #21. JOHNSON was the driver, sole occupant, and registered owner of a 2009 Ford Taurus ("the vehicle") bearing CA license plates 6L0G575.

A Customs and Border Protection Officer (CBPO) received two negative Customs declarations from JOHNSON. JOHNSON stated he was crossing the border to go to San Diego, California.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the rear seats of the vehicle.

A Canine Enforcement Team conducting secondary inspection operations responded to a radio call for assistance when the Human and Narcotic Detection Dog traced an odor to the rear passenger door. Once the door was opened the Human and Narcotic Detection Dog alerted to the rear seats of the vehicle.

Further inspection of the vehicle resulted in the discovery of 84 total packages concealed in the rear bumper of the vehicle. 81 of the packages contained a substance, a sample of which field tested positive for the characteristics of

methamphetamine, with a total approximate weight of 39.54 kgs (87.17 lbs.); 1 of the packages contained a substance, a sample of which field tested positive for the characteristics of fentanyl, with a total approximate weight of 1.32 kgs (2.91 lbs.); 2 of the packages contained a substance, a sample of which field tested positive for the characteristics of heroin, with a total approximate weight of 1.28 kgs (2.82 lbs.).

JOHNSON was placed under arrest at approximately 7:10 am.

JOHNSON was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.